UNITE STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,            1:18-cr-00633-ERK-6

                       Plaintiff
Vs.                                  NOTICE OF APPEARANCE


SERGEY OVSYANNIKOV

-----------------------------------------------------------X


PLEASE TAKE NOTICE, that the BUKH LAW FIRM, PLLC has been retained and hereby appears in the above-entitled action as counsel for Defendant SERGEY OVSYANNIKOV and requests that all papers in this action be served upon the undersigned.

Dated: Brooklyn, NY
November 28, 2018

                                                  Arkady Bukh, Esq

                                        BUKH LAW FIRM, PLLC
                                                  1123 AVE Z
                                              Brooklyn, NY 11235
                                              Tel. (718) 376-4766
                                             Fax. (718) 376-3033
                                       Email: honorable@usa.com