BEFORE JUDGE: __KORMAN_____    DATE: 2/20/2019___ TIME IN COURT____HRS_30___MINS

DEFT: _Aleksandr Zhukov_____ # 1   ATTY: IGOR LITVAK__
X pres.      ____not pres.    X cust.    ____bail           RET.
DEFT: _Boris Timokhin_____ # 2   ATTY: _____
__pres.    __not pres.    __cust.   _bail           CJA    RET.    Federal Defender
DEFT: _Mikhail Andreev_____ # 3   ATTY: _____
__pres.    __not pres.    __cust.   _bail           CJA    RET.    Federal Defender
DEFT: _Denis Avdeev_____ # 4   ATTY: _____
__pres.    __not pres.    __cust.   _bail           CJA    RET.    Federal Defender
DEFT: _Dmitry Novikov_____ # 5   ATTY: _____
__pres.    __not pres.    __cust.   _bail           CJA    RET.    Federal Defender
DEFT: _Sergey Ovsyannikov_____ # 6   ATTY: _Arkady Bukh__
__pres.    __not pres.    __cust.   _bail                  RET.
DEFT: _Aleksandr Isaev_____ # 7   ATTY: _____
__pres.    __not pres.    __cust.   _bail           CJA    RET.    Federal Defender
DEFT: _Yevgeniy Timchenko_____ # 8   ATTY: SAMUEL JACOBSEN
X pres.    __not pres.    __cust.   _bail           CJA    RET.    Federal Defender

**A.U.S.A.:** Saritha Komatireddy/Alexander Mindlin/Michael T. Keilty    Case Manager: PaulaMarie Susi
ESR __ROCCO/HONG___   INTERPRETER: __TARUTZ_____
                     LANGUAGE: _____RUSSIAN_____

- ☐ Arraignment
- ☐ In Chambers Conference
- ☐ Initial Appearance
- ☐ Telephone Conference
- ☐ Other Evidentiary Hearing Contested   TYPE OF HEARING_____
- ☐ Change of Plea Hearing (~Util-Plea Entered)
- ☐ Pre Trial Conference
- ☒ Status Conference   DEFTS 1 & 8
- ☐ Motion Hearing Non Evidentiary
- ☒ Further Status Conference/hearing set for ____4/3/2019 @ 2PM_____
- ☒ ORDER: Case referred to the Magistrate Judge for _x_ plea ___ hearing:_____
- __ MOTIONS DUE _____  OPP BY _____ REPLY _____
- __ ORAL ARGUMENT _____
- __ TRIAL SCHEDULED FOR _____  JURY SELECTION _____
- __ COUNSEL CONSENTS TO JURY SELECTION BY MAGISTRATE JUDGE

DEFT  _ SWORN    _ ARRAIGNED   _ INFORMED OF RIGHTS
      _ WAIVES TRIAL BEFORE DISTRICT COURT
      _ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS._ _____ OF THE (Superseding) INDICTMENT /  INFORMATION.
      _ COURT FINDS FACTUAL BASIS FOR THE PLEA.
      _ **DEFT REQUESTS RETURN OF PROPERTY**   _ **ORDER FILED.**
      _ SENTENCING SCHEDULED FOR:_____.

**UTILITIES**
- ☐ ~Util-Plea Entered       ☐ ~Util-Add terminate Attorneys    ☐ ~Util-Bond Set/Reset
- ☐ ~Util-Exparte Matter     ☐ ~Util-Indictment Un Sealed       ☐ ~Util-Information Unsealed
- ☐ ~Util-Set/Reset Deadlines  ☐ ~Util-Set/Reset Deadlines/Hearings
- ☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ☐ ~Util-Terminate Motions
- ☐ ~Util-Terminate Parties   ☐ ~Util-Set/Reset Hearings

**Speedy Trial Start:** _2/20/2019__ **Speedy Trial Stop:** __4/3/2019___ **CODE TYPE:** ___xt_____
**Do these minutes contain ruling(s) on motion(s)?** ☐ YES    ☐ NO
**TEXT**  _complex case design[?]_