MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE ~~James Orenstein~~ Steven M. Gold　　　DATE: 3/8/19

DOCKET NUMBER: 18CR633(ERK)　　　LOG #: 2:41 - 2:54

DEFENDANT'S NAME: Sergey Ovsyannikov
✓ Present ___ Not Present　　✓ Custody ___ Bail

DEFENSE COUNSEL: Arkady Bukh
___ Federal Defender ___ CJA ✓ Retained

A.U.S.A: Alexander Mindlin　　　CLERK: Felix Chin

INTERPRETER: Valeri Gleikh　　(Language) Russian

✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held. ✓ Defendant's first appearance.

　　___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
　　___ Defendant advised of bond conditions set by the Court and signed the bond.
　　___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
　　___ (Additional) surety/ies to co-sign bond by _____
　　___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start 3/8/19　Stop 4/3/19

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for 4/3/19 @ 2:00 before Judge Korman

Other Rulings: _____