DOCKET NUMBER: __18CR633__     CRIMINAL CAUSE FOR STATUS CONF
BEFORE JUDGE: __KORMAN__     DATE: __4/3/2019__ TIME IN COURT ____HRS_40__MINS

DEFT: __Aleksandr Zhukov__    #1    ATTY: __IGOR LITVAK__
_X_ pres.    ___ not pres.    _X_ cust.    ___ bail    __CJA__
DEFT: __Sergey Ovsyannikov__    #6    ATTY: __ARKADY BUKH by George Grasso__
_X_ pres.    ___ not pres.    _X_ cust.    ___ bail    __RET.__
DEFT: __Yevgeniy Timchenko__    #8    ATTY: __SAMUEL JACOBSEN__
_X_ pres.    ___ not pres.    ___ cust.    __bail__    __CJA__    __RET.__    __Federal Defender__

A.U.S.A.: ~~Saritha Komatireddy~~ Alexander Mindlin/~~Michael T. Keilty~~    Case Manager: PaulaMarie Susi
ESR __ROCCO/HONG__    INTERPRETER: __GALPERIN__    LANGUAGE: __RUSSIAN__

- ☐ Arraignment
- ☐ Change of Plea Hearing (~Util-Plea Entered)
- ☐ In Chambers Conference
- ☐ Pre Trial Conference
- ☐ Initial Appearance
- ☒ Status Conference
- ☐ Telephone Conference
- ☐ Motion Hearing Non Evidentiary
- ☐ Other Evidentiary Hearing Contested    TYPE OF HEARING _____
- ☒ Further Status Conference/hearing set for ___5/1/2019 @ 2PM_____
- ☒ ORDER: Case referred to the Magistrate Judge for _x_ plea ___ hearing:_____

__ MOTIONS DUE _____ OPP BY _____ REPLY _____
__ ORAL ARGUMENT _____
__ TRIAL SCHEDULED FOR _____ JURY SELECTION _____
__ COUNSEL CONSENTS TO JURY SELECTION BY MAGISTRATE JUDGE
DEFT __ SWORN __ ARRAIGNED __ INFORMED OF RIGHTS
__ WAIVES TRIAL BEFORE DISTRICT COURT
__ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS. _____ OF THE
(Superseding) INDICTMENT / INFORMATION.
__ COURT FINDS FACTUAL BASIS FOR THE PLEA.
__ **DEFT REQUESTS RETURN OF PROPERTY** __ **ORDER FILED.**
__ SENTENCING SCHEDULED FOR: _____.

## UTILITIES

- ☐ ~Util-Plea Entered    ☐ ~Util-Add terminate Attorneys    ☐ ~Util-Bond Set/Reset
- ☐ ~Util-Exparte Matter    ☐ ~Util-Indictment Un Sealed    ☐ ~Util-Information Unsealed
- ☐ ~Util-Set/Reset Deadlines    ☐ ~Util-Set/Reset Deadlines/Hearings
- ☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings    ☐ ~Util-Terminate Motions
- ☐ ~Util-Terminate Parties    ☐ ~Util-Set/Reset Hearings

**Speedy Trial Start:** _4/3/2019_ **Speedy Trial Stop:** __5/1/2019___ **CODE TYPE:** __XT_____
**Do these minutes contain ruling(s) on motion(s)?** ☐ YES    ☐ NO
**TEXT**
Atty Litvak's motion to be relieved as counsel heard, granted. CJA23 for deft Zukov filed.
Court appoints Andrew Frisch as CJA counsel.