UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------x
    United States of America      :

                 - against -                :         CR 18-633 (ERK)

    Sergey Ovsyannikov         :

----------------------------------------------------x
STEVEN M. GOLD, U.S.M.J.

## CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE STEVEN M. GOLD

    United States Magistrate Judge Steven M. Gold has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Steven M. Gold. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

    After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Steven M. Gold.

_____
Defendant

Richard P. Donoghue
United States Attorney, E.D.N.Y.

_____
Attorney for the Defendant

By: _____
Assistant United States Attorney

S/ Steven M. Gold

Dated: 9/24/19
Brooklyn, New York