U.S.M.J. STEVEN M. GOLD                                              9/24/2019

## CRIMINAL CAUSE FOR PLEADING

USA -v- Zhukov et al                           Docket No.: 18 -CR- 633 (ERK)

Defendant: Sergey Ovsyannikov

☒ present   ☐ not present        ☒ custody   ☐ bail

Def. Counsel: George Graffo

☒ present   ☐ not present        ☐ CJA   ☐ FD   ☒ Retained

AUSA: Saritha Komatireddy        Clerk/Deputy: Saudia Gillespie

Interpreter: Isabelle Avrutin    Language: Russian

FTR: ( 12:23 - 1:30 )            Reporter: _____

☒ Case Called
☐ Defendant's First Appearance
☒ Defendant:  ☒ Sworn   ☐ Arraigned   ☒ Informed of Rights
☐ Waiver of Indictment Executed for Defendant
☐ Superseding Indictment/Information Filed
☐ Bench Warrant Issued: _____
☐ Defendant Enters Guilty/Not Guilty Plea to Count(s) _____
    of the (Superseding) Indictment/Information
☒ Defendant Withdraws Not Guilty Plea and Enters Guilty Plea to Count(s) 1, 5 and 7
    of the (Superseding) Indictment/Information
☐ Court Finds Factual Basis for the Plea
☐ Sentencing Set for ____/____/____ at _____
☐ Sentencing to be Set by Probation
☐ Bail/Bond: ☐ Set   ☐ Continued for Defendant   ☒ Continued in Custody
☐ Case Adjourned to ___/___/___ at _____
☒ Pursuant to Federal Rule of Criminal Procedure 11, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty be accepted.
☒ Transcript Ordered
☐ Other: Transcript SEALED, with exception of counsel on this case.